Grant A. Nigolian (Bar No. 184101)
grant@gnpclaw.com
GRANT NIGOLIAN, P.C.
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
T: (310) 853-2777

Christopher P. Wesierski (Bar No. 086736)
cwesierski@wzllp.com
Michelle R. Prescott (Bar No. 262638)
mprescott@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, CA 92630
T: (949) 975-1000
F: (949) 756-0517

Attorneys for Defendant,
Reflection Window Company, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| ANTONIO ESPINOZA GARCIA, an individual;<br><br>    Plaintiff,<br><br>  vs.<br><br>REFLECTION WINDOW COMPANY, LLC, an Illinois Company; CALEB KING, an individual; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No: 2:21-cv-03681-MCS-PD<br><br>**DECLARATION OF CAROLE TORRES IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION** |

## DECLARATION OF CAROLE TORRES

I, Carole Torres, declare as follows:

1. I am the Contracts Administrator for Reflection Window Company, LLC ("*Reflection*") and have been employed by Reflection since May 1, 2013. I make this declaration in response to the order to show cause re subject matter jurisdiction ("*OSC*") in the matter entitled *Garcia v. Reflection Window Company, LLC, et al.,* U.S. Dist. Ct, C.D. of California, Case No. 2:21-cv-03681-MRW ("*Action*").

2. I make this declaration based on my personal knowledge, am over the age of 18 and am otherwise competent to testify. I make this declaration in support of the Motion and for no other purpose. All exhibits referenced herein, if any, are accurate copies of the originals and incorporated into this declaration where referenced.

3. I am familiar with Reflection's books and records, including, specifically, as to the ownership and management of Reflection.

4. Rodrigo Descoto ("*R. Descoto*") is the *only* owner of Reflection. R. Descoto is the *only* manager of Reflection. There are no other owners or managers of Reflection. Attached as **Exhibit 1** is a print out made on May 20, 2021, of the Illinois Secretary of State website for Reflection, which shows the only manager of Reflection is R. Descoto. (See *Ex. 1*, p. 2 ("*Managers*").) **Exhibit 1** also reflects that Reflection is an Illinois LLC ("Jurisdiction IL") that was first established on "Monday, 18 June 2001."

5. R. Descoto is currently a citizen of the State of Illinois and has been such at all relevant times, including, without limitation, at least as far back as my initial hire date with Reflection on May 1, 2013.

6. Caleb King ("*C. King*") has never been and is not currently an owner, director or member of Reflection. C. King is only a former employee of Reflection. C. King was employed with Reflection beginning on February 1, 2018 and *ending*

*on June 18, 2020*, with a title of *Technical Designer*.

7. C. King's responsibilities as *Technical Designer* did not include anything to do with hiring, staffing, employment and terminations for Reflection. C. King made no employment related decisions whatsoever (i.e., compensation, benefits, scheduling, responsibilities), including with respect to Plaintiff. C. King was not involved in providing workman's compensation benefits to Plaintiff or making the decision to terminate Plaintiff's employment at Reflection.

8. While employed with Reflection, C. King was not the supervisor or manager of Antonio Garcia ("*Plaintiff*"). Instead, Plaintiff's supervisor was Joe Wilson ("*J. Wilson*"), whose title was Director of Project Management. J. Wilson was also the supervisor or manager of C. King. J. Wilson's employment ended with Reflection on July 3, 2020.

9. Upon ending his employment with Reflection on June 18, 2020, C. King *moved to Hawaii* and was employed by a business named Oahu Metal & Glazing LLC ("*OMG*").

10. Attached as **Exhibit 2** is a correspondence dated *July 7, 2020*, I received directly from C. King using his OMG email address of cking@omglazing.com. Within the message string, C. King discusses getting his new telephone number, that he is "*just now getting settled in*" and specifically refers to his contact information as that of OMG at 532 Ahui Street, Honolulu, HI, 96813.

11. Based on my several communications with C. King, including those in June and July of 2020, I understood that C. King moved all of his personal property to Hawaii, intended to establish his permanent residency in and domicile in Hawaii and to become a citizen of Hawaii.

12. Based on information and belief, C. King *continues* to be domiciled in Hawaii. Attached as **Exhibit 3** is a *May 6, 2021*, bill of lading I found online which reflects that C. King is the "Consignee" for OMG of a shipment (Container: TRHU2624140, Carrier: Orient Star Transport Intl Ltd. - the "*Shipment*") received

1 from Singapore. Attached as ***Exhibit 4*** is the Cargo Tracking information for the Shipment, which shows its arrival in Honolulu on May 6, 2021, and "unloaded from the vessel" and being delivered to the consignee of record, which ***Exhibit 3*** identifies as C. King.

13. I attempted to contact OMG at least twice prior to executing this declaration but OMG representatives were unwilling to discuss or disclose its employees' status and history as a matter of company policy.

14. Reflection hired Plaintiff beginning on November 7, 2019 as a "Site Coordinator." As a site coordinator, Plaintiff was responsible for, among other things, scheduling, supervising and managing field temporary staff, including reviewing and approving the accuracy of temporary staffing time sheets.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2021, in Chicago, Illinois.

_____
Carole Torres, Declarant

# Exhibit 1
# To C. Torres Dec.
# Re OSC



Office of the Secretary of State Jesse White
CYBERDRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 00568759 |
| Entity Name | REFLECTION WINDOW COMPANY, LLC |
| Status | ACTIVE |

### Entity Information

**Principal Office**
2525 N. ELSTON AVE., STE D240
CHICAGO, IL 606470000

**Entity Type**
LLC

**Type of LLC**
Domestic

**Organization/Admission Date**
Monday, 18 June 2001

**Jurisdiction**
IL

**Duration**
PERPETUAL

### Agent Information

**Name**

TAFT SERVICE SOLUTIONS CORP.

Address
111 E WACKER DR., STE 2800
CHICAGO, IL 60601

Change Date
Friday, 7 October 2016

## Annual Report

For Year
2021

Filing Date
Thursday, 20 May 2021

## Managers

Name
Address
RODRIGO D'ESCOTO
2525 N. ELSTON AVE STE D240
CHICAGO, IL 60647

## Assumed Name

ACTIVE
REFLECTION WINDOW & WALL, LLC

ACTIVE
REFLECTION WINDOW+ WALL, LLC

ACTIVE
REFLECTION WINDOW AND WALL, LLC

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.     Thu May 20 2021

# Exhibit 2
# To C. Torres Dec.
# Re OSC

**From:** Caleb King <cking@omglazing.com>
**Sent:** Tuesday, July 7, 2020 1:15 PM
**To:** Carole Torres <carole@reflectionwindow.com>
**Cc:** Charles Clark <cclark@omglazing.com>
**Subject:** RE: Questions

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Carole,

I have copied Charles Clark on this. He will be arranging the check for Cobra. I appreciate your quick response.

Thanks,

**Caleb King**
Director of Operations



**Oahu Metal & Glazing LLC**
532 Ahui Street
Honolulu, HI. 96813

Mobile: 808.798.8539
Office: 808.591.1052
Fax: 808.591.1054
E-Mail: cking@omglazing.com
Web: www.omglazing.com
HI. Lic. C-37265

**From:** Carole Torres <carole@reflectionwindow.com>
**Sent:** Tuesday, July 7, 2020 6:40 AM
**To:** Caleb King <cking@omglazing.com>
**Subject:** RE: Questions

1. For Cobra, you don't get a bill, the dollar amount is in the attached Cobra letter. You just need to send a check payable to Reflection
2. I can do a UPS label for the ipad, just need to know what address it will be shipping to.
3. 401K instructions attached.

**From:** Caleb King <cking@omglazing.com>
**Sent:** Monday, July 6, 2020 7:17 PM
**To:** Carole Torres <carole@reflectionwindow.com>
**Subject:** Questions

1

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Carole,

Sorry for the delay on switching the phone over. The worker at the Verizon store gave me an 800 number to call rather than just switching it over for me. I think the store isn't a corporate store and rather a certified dealer; so maybe I just need to go to a different store. I'm working on it, but just now getting settled in.
I forgot about the iPad, so I was wondering if I can either drop it off at the Verizon store, or possibly ship it directly via UPS? If it's old and not worth the shipping cost, let me know; but since its on a data plan, I think you might want it at least taken off your account.

Also, I haven't seen a bill from Cobra. If you can send it on to this email or physical address, I want to get the check sent over so there isn't a lapse in coverage.

I have not logged into the 401k site yet, but since the email was sent to my old address, can you forward onto this one?

I appreciate all of your help. You will find all of my updated contact information below.


Thanks,

**Caleb King**
Director of Operations



**Oahu Metal & Glazing LLC**
532 Ahui Street
Honolulu, HI. 96813

Mobile: 808.798.8539
Office: 808.591.1052
Fax: 808.591.1054
E-Mail: cking@omglazing.com
Web: www.omglazing.com
HI. Lic. C-37265

**Exhibit 3
To C. Torres Dec.
Re OSC**

5/24/2021 Case 2:21-cv-03681-MCS-PD Document 22 Filed 05/27/21 Page 13 of 17 Page ID #:458

Oahu Meteal Glazing Employee, 532 AHUI ST HONOLULU HI 96817 CALEB KING DIRECTOR OF OPERATIONS TEL | Buyer Report ...

Date
2021-05-06
Shipper Name
Sg Facade Systems Pte Ltd
Shipper Address
16 CHIN BEE DRIVE SINGAPORE 619864
Consignee Name
Oahu Meteal Glazing Employee
Consignee Address
532 AHUI ST HONOLULU HI 96817 CALEB KING DIRECTOR OF OPERATIONS TEL
Notify Party Name
Sharp Base Shipping And Transport L
Notify Party Address
20825- A WEST 70TH AVENUE LYNNWOOD,, WA 98036 TEL: ( 877) 7217447 (, 425) 7768761
Weight
870
Weight Unit
K
Weight in KG
870.0
Quantity
29
Quantity Unit
PKG
Measure Unit
X
Shipment Origin
Singapore
Details
870.0 kg
From port: Singapore, Singapore
To port: Service Port-Honolulu, Honolulu, Hawaii
Place of Receipt
Singapore
Foreign Port of Lading
Singapore, Singapore
U.S. Port of Unlading
Service Port-Honolulu, Honolulu, Hawaii
U.S. Destination Port
Service Port-Honolulu, Honolulu, Hawaii
Commodity
1 X 20GP CONTAINER STC: 29 PIECES OF ALUMINUM PANEL COUNTRY OF ORIGIN: SINGAPORE HS CODE: 7610. 10. 9000 NET WEIGHT: 570. 00 KGS
Container
TRHU2624140
Carrier Name
ORIENT STAR TRANSPORT INTL LTD
Vessel Name
TALLAHASSEE
Voyage Number
040E
Bill of Lading Number
OSTISGHNLSL30035
Master Bill of Lading Number

Case 2:21-cv-03681-MCS-PD Document 22 Filed 05/27/21 Page 14 of 17 Page ID #:459

ONEYSINB22679900
HTS Codes
HTS 7610.10

# Exhibit 4
# To C. Torres Dec.
# Re OSC

# Cargo Tracking Search

| | |
|---|---|
| Container Number | TRHU2624140 |
| House Bill Of Lading Number | |
| Master Bill Of Lading Number | |

**Note:** Maximum Six Containers Can Be Entered With Spaces In Between. Or If You Need More Search Criteria

[Start Search] [Go to Full Search]

## Summary Of Containers

| Container Number | Carrier | Location | Vessel/Voy | Lastest Status | Date | Time |
|---|---|---|---|---|---|---|
| TRHU2624140 | OCEAN NETWORK EXPRESS PTE. LTD. | HONOLULU, UNITED STATES OF AMERICA | TALLAHASSEE/0040 | FREE TIME EXPIRED | May 14,2021 | 09:59:00(AUTC) |

## Containers Status List

- **Container Number TRHU2624140    ETD (Mar 31,2021)    ETA (Apr 22,2021)**

| Location | Vessel/Voy | Status | Date | Time |
|---|---|---|---|---|
| HONOLULU, UNITED STATES OF AMERICA | TALLAHASSEE/0040 | FREE TIME EXPIRED | May 14,2021 | 09:59:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | TALLAHASSEE/0040 | RETURN CONTAINER | May 11,2021 | 23:24:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | TALLAHASSEE/0040 | Out - Gate | May 11,2021 | 17:14:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | TALLAHASSEE/0040 | Estimated To Arrive - En Route | May 06,2021 | 22:00:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | TALLAHASSEE/0040 | Estimated Delivery | May 06,2021 | 17:30:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | TALLAHASSEE/0040 | Available For Delivery | May 06,2021 | 17:17:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | TALLAHASSEE/0040 | UNLOADED FROM THE VESSEL | May 06,2021 | 17:17:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | TALLAHASSEE/0040 | VESSEL ARRIVAL | May 06,2021 | 15:12:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | TALLAHASSEE/0040 | Estimated Delivery | May 06,2021 | 15:00:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | TALLAHASSEE/0040 | Estimated To Arrive - En Route | May 06,2021 | 15:00:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | TALLAHASSEE/0040 | Carrier And Customs Release | May 03,2021 | 20:07:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | TALLAHASSEE/0040 | CUSTOMS RELEASED | May 03,2021 | 20:07:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | KALAMAZOO/0015 | Estimated Delivery | Apr 22,2021 | 17:30:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | KALAMAZOO/0015 | Estimated To Arrive - En Route | Apr 22,2021 | 15:00:00(AUTC) |
| HONOLULU, UNITED STATES OF AMERICA | SEASPAN FALCON/2052 | Estimated To Arrive - En Route | Apr 22,2021 | 15:00:00(AUTC) |
| BUSAN, KOREA, SOUTH | TALLAHASSEE/0040 | VESSEL DEPARTURE | Apr 20,2021 | 11:03:00(AUTC) |
| BUSAN, KOREA, SOUTH | TALLAHASSEE/0040 | LOADED ON THE VESSEL | Apr 20,2021 | 02:37:00(AUTC) |
| BUSAN, KOREA, SOUTH | SEASPAN FALCON/2052 | UNLOADED FROM THE VESSEL | Apr 07,2021 | 23:59:00(AUTC) |
| BUSAN, KOREA, SOUTH | SEASPAN FALCON/2052 | Estimated To Depart Terminal Location | Apr 07,2021 | 17:00:00(AUTC) |
| BUSAN, KOREA, SOUTH | SEASPAN FALCON/2052 | VESSEL ARRIVAL | Apr 07,2021 | 17:00:00(AUTC) |
| BUSAN, KOREA, SOUTH | TALLAHASSEE/0040 | Estimated To Arrive - En Route | Apr 07,2021 | 12:00:00(AUTC) |
| BUSAN, KOREA, SOUTH | SEASPAN FALCON/2052 | Estimated To Arrive - En Route | Apr 04,2021 | 18:00:00(AUTC) |
| BUSAN, KOREA, SOUTH | KALAMAZOO/0015 | Estimated To Arrive - En Route | Apr 04,2021 | 05:00:00(AUTC) |
| BUSAN, KOREA, SOUTH | KALAMAZOO/0015 | Estimated To Arrive - En Route | Apr 02,2021 | 17:00:00(AUTC) |
| SINGAPORE, SINGAPORE | TALLAHASSEE/0040 | Estimated To Depart Terminal Location | Mar 31,2021 | 10:25:00(AUTC) |
| SINGAPORE, SINGAPORE | SEASPAN FALCON/2052 | VESSEL DEPARTURE | Mar 31,2021 | 10:25:00(AUTC) |
| SINGAPORE, SINGAPORE | SEASPAN FALCON/2052 | Estimated To Depart Terminal Location | Mar 30,2021 | 19:45:00(AUTC) |
| SINGAPORE, SINGAPORE | SEASPAN FALCON/2052 | Loaded On Feeder Vessel | Mar 29,2021 | 17:24:00(AUTC) |
| SINGAPORE, SINGAPORE | KALAMAZOO/0015 | Estimated To Depart Terminal Location | Mar 29,2021 | 14:00:00(AUTC) |
| SINGAPORE, SINGAPORE | KALAMAZOO/0015 | Estimated To Depart Terminal Location | Mar 27,2021 | 15:00:00(AUTC) |
| SINGAPORE, SINGAPORE | KALAMAZOO/0015 | RECEIVED AT LOADING PORT | Mar 23,2021 | 21:06:00(AUTC) |
| SINGAPORE, SINGAPORE | KALAMAZOO/0015 | Out - Gate | Mar 22,2021 | 06:56:00(AUTC) |

Web Forwarding is a Trademark of Orient Star Transport International, Ltd., Copyright© 2021 Orient Star Transport International, Ltd. All rights reserved.
Design By Orient Star Transport International, Ltd.

# CERTIFICATE OF SERVICE

I certify that on execution date for this document reflected below, I electronically filed in *A. Garcia adv. Reflection Window Company, LLC, et al.*, *(*Case No: 2:21-cv-03681-MCS-PD) the following document(s) entitled:

**DECLARATION OF CAROLE TORRES IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**

with the Clerk of the Court for the U.S. District Court, Central District of California, in accordance with the Federal Rules of Civil Procedure and/or the Central District's Local Rules, Rules on Electronic Service. Notice will be electronically emailed to the following individuals that are registered with the Central District's CM/ECF System:

    Diefer Law Group, P.C.
    Marcelo A. Dieguez (mdieguez@dieferlaw.com, litigation@dieferlaw.com)
    Omri A. Ben-Ari (ob@banllp.com, obenari@dieferlaw.com)
    Gerardo J. Sosa (litigation@dieferlaw.com)
    Yalda Satar
    34204 Pacific Coast Highway
    Suite A
    Dana Point, CA 92629
    T: (949) 260-9131
    For plaintiff Antonio Espinoza Garcia

    Wesierski & Zurek LLP
    Christopher P. Wesierski, Esq. (cwesierski@wzllp.com)
    Michelle R. Prescott (mprescott@wzllp.com)
    29 Orchard Road
    Lak Forest, CA 92630
    T: (949) 975-1000

I declare under penalty of perjury that I am admitted to practice before this Court and that the foregoing is true and correct. Executed on **May 27, 2021,** at Costa Mesa, California.

                                   */s/ Grant Nigolian*
                                   Grant A. Nigolian